## Clarence A. Ander, In His Own Right and as Next Friend for Mary Louise Ander and Eleanor Lucille Ander, Appellees, v. Isaac W. George and Walter Yarling, Appellants.

### Gen. No. 9,524.

Heard in this court at February term, 1940; opinion filed May 15, 1940; rehearing denied June 19, 1940. Alexander J. Strom, for appellants; James J. Barbour and John G. Boyle, Jr., for appellees. Opinion by JUSTICE DOVE. "Not to be published in full."